# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MARTIN LEE SIMON | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-07-00335-001 SI<br>BOP Case Number: DCAN307CR000335-001<br>USM Number:<br>Defendant's Attorney: Jodi Linker |

**THE DEFENDANT:**

[x] admitted guilt to violation of condition(s) <u>that he shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon</u> during the term of supervision.

[ ] was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| one | Arrested for Carrying a Concealed Firearm. | 8/11 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 2370 | February 24, 2012<br>Date of Imposition of Judgment |
| Defendant's Date of Birth: 1981 | |
| | *(signature)*<br>Signature of Judicial Officer |
| Defendant's USM No.: 90351-011 | |
| Defendant's Residence Address:<br>c/o U.S. Marshal | Honorable Susan Illston, U. S. District Judge<br>Name & Title of Judicial Officer |
| Defendant's Mailing Address: | |
| | 2/27/12<br>Date |

DEFENDANT: MARTIN LEE SIMON  Judgment - Page 2 of 2
CASE NUMBER: CR-07-00335-001 SI

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months.
This term of imprisonment shall run consecutive to the sentence imposed in the state case.
No term of supervised release is imposed on this sentence.

[ ] The Court makes the following recommendations to the Bureau of Prisons:

[**x**] The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] at ___ [] am [] pm on ___.
    [ ] as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2:00 pm on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                           UNITED STATES MARSHAL

                                  By _____
                                           Deputy United States Marshal